946 P.2d 1329

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Domingo | 17392 | 9/5/97 | Vacated and Remanded |
| State v. Ofiana | 19693 | 9/17/97 | Affirmed |
| Entendencia v. State | 20333 | 9/18/97 | Affirmed in part, Vacated in part and Remanded |
| State v. Kamoku | 18447 | 9/22/97 | Affirmed, Vacated and Remanded |
| Esquirra v. Meheula | 15938 | 9/26/97 | Vacated and Remanded |
| State v. Soriano | 18714 | 9/26/97 | Affirmed |
| Waialae Kahala Partners v. Wong | 19326 | 9/26/97 | Affirmed, Vacated and Remanded |
| Gulick v. Rand | 16159 | 9/26/97 | Affirmed and Remanded in part |
| Thompson v. AIG Hawaii Ins. Co. | 20316 | 9/29/97 | Reversed, Vacated and Remanded |
| Kuroiwa v. Kuroiwa | 17449 | 9/30/97 | Affirmed |
| Anixt v. Child Support Enforcement Agency | 17555 | 9/30/97 | Vacated in part and Affirmed |
| State v. Pascual | 18501 | 9/30/97 | Affirmed and Reversed in part |
| Palma v. Palma | 17483 | 9/30/97 | Affirmed in part and Remanded in part |
| Masumoto–Fulton v. Fulton | 17830 | 10/7/97 | Affirmed |
| Rodrigues v. Rodrigues | 19188 | 10/8/97 | Affirmed |
| Ass'n of Apt. Owners of the Esplanade v. Shook | 17097 | 10/14/97 | Reversed, Vacated and Remanded |
| Rancatore v. Jennett | 17189 | 10/16/97 | Reversed |
| State v. Cravalho | 18592 | 10/16/97 | Affirmed |
| State v. Darick | 20028 | 10/17/97 | Affirmed |
| Gaines v. Gaines | 17575 | 10/17/97 | Affirmed |
| Wong v. Frank | 15641 | 10/20/97 | Affirmed, Vacated and Remanded |
| Weyerhaeuser Mortgage Co. v. Kelley | 18468 | 10/21/97 | Affirmed |
| State v. Moore | 17528 | 10/21/97 | Affirmed |